Decision Per Curiam.

———————

Joseph L. Markham, Plaintiff in Error. v. The Commercial Bank, a Corporation Organized and Existing Under the Laws of Florida, Defendant in Error.

(Supreme Court of Florida, Division B, May 9, 1905.)

Writ of Error to Circuit Court. Duval county; Rhydon M. Call, Judge.

*Geo. U. Walker,* for Plaintiff in Error.

*R. H. Liggett,* for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant and the plaintiff takes writ of error. The judgment is affirmed.

Decision Per Curiam.